```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION

VERNON M. RAY,                    )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    No. 4:05CV379(SNL)
                                  )
BERKELY CITY POLICE DEPARTMENT,   )
and                               )
UNKNOWN SANTIAGO,                 )
                                  )
          Defendants.             )
```

### ORDER OF PARTIAL DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's claims against defendant Berkely City Police Department are **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 29th day of June, 2005.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**